UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUMMERDAWN D. WASHINGTON,

       Plaintiff(s),

Case No. 06-10143

HONORABLE AVERN COHN

v.

COMCAST CORPORATION, et al,

       Defendant(s).
_____/

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order entered and filed on this date, the Defendants' Motion for Summary Judgment is GRANTED. Judgment is entered in favor of the Defendants and the case is DISMISSED.

DAVID WEAVER

Dated: January 17, 2007       By: s/ Julie Owens
                                    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 17, 2007, by electronic and/or ordinary mail.

                                   s/Julie Owens
                                   Case Manager, (313) 234-5160